UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER KOEPPEL, ET AL. | CIVIL ACTION |
| VERSUS | NO. 24-927 |
| SHAMROCK ENTERPRISES, LLC OF ALABAMA, ET AL. | SECTION "R" (1) |

## ORDER AND REASONS

On June 12, 2024, plaintiffs Peter Koeppel and Katherine Muslow Koeppel filed an unopposed motion to award attorneys' fees and costs incurred as a result of the improper removal filed by defendants Shamrock Enterprises, LLC of Alabama, Sean Chappell, and Amber Farria.[1] On July 23, 2024, Magistrate Judge van Meerveld issued a Report and Recommendation ("R&R"), recommending that the Court grant plaintiffs' motion and order defendants to pay plaintiffs' reasonable attorneys' fees of $2,665.[2]

No party objected to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983)

---

[1] R. Doc. 13.
[2] R. Doc. 14.

("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge van Meerveld's R&R as its opinion.

Accordingly, the Court GRANTS plaintiffs' motion and awards plaintiffs $2,655 in attorneys' fees.

New Orleans, Louisiana, this __5th__ day of August, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2